## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Latanya Briggs

                        Plaintiff,

v.                                         Case No.: 1:17−cv−06968
                                                  Honorable John Robert Blakey

Total Finance, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2017:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the Notice of Settlement [15] and the oral request of Plaintiff's counsel, the Court will construe the notice of settlement [15] as a stipulation of voluntary dismissal without prejudice with leave to reinstate on or before 1/29/2018. Absent reinstatement, the dismissal will become one with prejudice, without further order of the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.